1     **TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830

2     chad.fuller@troutmansanders.com
Justin M. Brandt, Bar No. 278368

3     justin.brandt@troutmansanders.com
11682 El Camino Real, Suite 400

4     San Diego, CA 92130-2092
Telephone:  858-509-6000

5     Facsimile:   858-509-6040

6     Attorneys for Defendant
SANTANDER CONSUMER USA, INC.

7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11     SYLVIA NIXON,                Case No.

12              Plaintiff,       **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331**

13     v.

14     SANTANDER CONSUMER USA,
INC.,

15

16             Defendant.

17

18     **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

19         PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(a) and

20     1446(b), Defendant SANTANDER CONSUMER USA, INC. ("Defendant") hereby

21     removes this action from the Superior Court of the State of California for the

22     County of Los Angeles, to the United States District Court for the Central District

23     of California, and in support thereof states as follows:

24         1.     On July 23, 2015, Plaintiff Sylvia Nixon ("Plaintiff") filed a complaint

25     (the "Complaint") against Defendant in a civil action in the Superior Court of the

26     State of California for the County of Los Angeles, Case No. 15K09043 (the "State

27     Court Action").

28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26635689v1                                   CASE NO.
NOTICE OF REMOVAL

2.     The Complaint in the State Court Action was served upon Defendant on August 19, 2015.

3.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as **Exhibits A - E**.

4.     In the State Court Action, Plaintiff alleges two causes of action: that Defendant violated (1) the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 et seq., and (2) the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

5.     As to the second cause of action noted in the preceding paragraph, Plaintiff alleges Defendant violated the TCPA by making and/or initiating telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice to telephone numbers assigned to a cellular telephone service, in violation of 47 U.S.C. § 227(b)(1)(A)(iii). This is a claim under federal law.

6.     A civil action is removable if a plaintiff could have originally brought the action in federal court pursuant to the Court's original jurisdiction. *See* 28 U.S.C. § 1441(a).

7.     Under 28 U.S.C. § 1331, district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."

8.     This Court has original jurisdiction over the present lawsuit pursuant to 28 U.S.C. § 1331 because Plaintiff alleges Defendant violated the laws of the United States, namely the TCPA. *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740 (2012).

9.     That the Complaint also pleads a cause of action under state law does not prevent removal of the entire action. *See* 28 U.S.C. § 1367(a).

10.    Pursuant to 28 U.S.C. § 1441(a), the State Court Action may be removed from the Superior Court of the State of California for the County of Los

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26635689v1                          - 2 –                          CASE NO.
NOTICE OF REMOVAL

1  Angeles to the United States District Court for the Central District of California

2  because the latter Court has original jurisdiction over the case.

3       11.   Defendant was served with the Summons and Complaint on August

4  19, 2015. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

5       12.   Removal to this Court is appropriate pursuant to 28 U.S.C. § 1441(a).

6  The Superior Court of the State of California for the County of Los Angeles is

7  embraced by this Court.

8       13.   Pursuant to 28 U.S.C. § 1446(d), a copy of Defendant's Notice of

9  Filing Notice of Removal is being filed contemporaneously with the Clerk of the

10 Superior Court of the State of California for the County of Los Angeles, a copy of

11 which is attached hereto as **Exhibit F**.

12      14.   This Notice of Removal is being served on all adverse parties as

13 required by 28 U.S.C. § 1446(d).

14      15.   Defendant filed its Answer in the Superior Court of the State of

15 California, for the County of Los Angeles on September 16, 2015, which is

16 attached hereto as **Exhibit G.**

17      16.   Defendant denies the allegations set forth in the Complaint, denies that

18 Plaintiff has stated a claim for relief that may be granted, and denies that Plaintiff

19 has been damaged in any manner. By this Notice of Removal, Defendant does not

20 waive any defense, jurisdictional or otherwise, that it may possess.

21 \\

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28 \\

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26635689v1                          – 3 –                          CASE NO.

NOTICE OF REMOVAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California.

Dated:     September 18, 2015          **TROUTMAN SANDERS LLP**


By:/s/Justin M. Brandt
Chad R. Fuller
Justin M. Brandt
Attorneys for Defendant
SANTANDER CONSUMER USA,
INC.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26635689v1                          - 4 –                          CASE NO.
NOTICE OF REMOVAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on September 18, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Justin M. Brandt
Justin M. Brandt

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26635689v1                              -4-                         CASE NO.
NOTICE OF REMOVAL