Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVIA NIXON,** | ) Case No.  2:15-cv-07316-SJO-AS |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **DISMISS WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **SANTANDER CONSUMER USA, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 3rd day of March, 2016

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/ Justin M Brandt, Esq.
JUSTIN M. BRANDT
Attorney for Defendant

Stipulation to Dismiss- 1

1  Filed electronically on this 3rd day of March, 2016, with:

2  United States District Court CM/ECF system

3  
4  Notification sent electronically via the Court's ECF system to:

5  Honorable Judge S. James Otero
   United States District Court
6  Central District of California

7  
8  Chad R Fuller
   Troutman Sanders LLP
9  
10 Justin M Brandt
   Troutman Sanders LLP
11 
12 
13 This 3rd day of March, 2016.
   s/Todd M. Friedman
14 TODD M. FRIEDMAN