# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| **SYLVIA NIXON,** | Case No. 2:15-cv-07316-SJO-AS |
| Plaintiff, | **ORDER** |
| vs. | |
| **SANTANDER CONSUMER USA, INC.,** | |
| Defendant. | |

FILED
CLERK, U.S. DISTRICT COURT

March 9, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 9th day of March, 2016.

*S. James Otero*

_____
The Honorable S. James Otero